# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF __ ILLINOIS, EASTERN DIVISION __

UNITED STATES OF AMERICA

v.

FRANCIS EDWARD RUDY

KC **F I L E D**

MAR 1 7 2008
3 - 17 - 08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MAGISTRATE JUDGE KEYS**

**CRIMINAL COMPLAINT**

CASE NUMBER: 08CR 219

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __ March 10, 2008 __ in _____ Cook _____ county, in the ___

_Northern_ District of _____ Illinois _____ defendant(s) did, (Track Statutory Language of Offense)

attempt by intimidation to take from the person and the presence of others, money belonging to and in the care, custody, control, management, and possession, of the Charter One Bank

in violation of Title __ 18 __ United States Code, Section(s) ____ 2113(a) _____.

I further state that I am a _Special Agent of the FBI_ and that this complaint is based on the following
<br>Official Title
facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof: _X_ Yes ____ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

March 17, 2008
<br>Date

at _ Chicago, Illinois _____
<br>City and State

_Magistrate Judge Arlander Keys_____
<br>Name & Title of Judicial Officer

_Arlander Keys_
<br>Signature of Judicial Officer

State of Illinois                    )
                                     ) SS
County of Cook                       )

## AFFIDAVIT

I, Larry L. Lapp, being first duly sworn on oath, depose and state as follows:

## INTRODUCTION

1.      I am a federal law enforcement officer employed as a Special Agent of the Federal

Bureau of Investigation (FBI).  I have been employed by the FBI for eight years.  I am currently

assigned to the West Resident Agency of the Chicago Division, where I am responsible for the

investigation of federal offenses involving violent crimes, including the offense of bank robbery.

I have been involved in multiple bank robbery investigations.

2.      The statements contained in this affidavit are based on my investigation,

information provided by FBI agents and other law enforcement agents who participated in this

investigation, and on my experience and training as an FBI Agent.  The information below is

provided for the limited purpose of establishing probable cause that, on or about March 10, 2008,

defendant FRANCIS EDWARD RUDY attempted,  by intimidation, to take from the person and

presence of others, money belonging to and in the care, custody, control, management, and

possession, of the Charter One Bank, 10035 West Grand Avenue,  Franklin Park, Illinois, the

deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), in

violation of Title 18, United States Code, Section 2113(a).

3.      Because the information set forth below is for the limited purpose of establishing

probably cause in support of a criminal complaint, it does not contain all the facts of which I am

-1-

aware related to this investigation. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part and are not verbatim.

## BACKGROUND OF INVESTIGATION

4.      On March 10, 2008 at approximately 4:02 p.m., a white male (hereinafter "the Suspect") entered the Charter One Bank, 10035 West Grand Avenue, Franklin Park, Illinois and approached the teller counter. The Suspect was a white male, 6'0", late 50's to early 60's years of age, gray hair, medium to stocky build, and wearing a black colored waist length jacket. The suspect approached the teller counter area and when the victim teller (hereafter referred to as "Teller A") looked at the suspect, he said words to the effect of "Give me $500.00 bills". Because Teller A at first thought this was some kind of joke, she simply told the suspect no. The suspect then said words to the effect, "Well, I'm robbing the bank." Teller A then told the Suspect that she did not have any money. As soon as the suspect heard this comment, his hands, which were on the counter, went below and out of Teller A's view. Teller A then became worried that the robber might possibly have a gun or something in his pockets, but s/he did not do anything. The suspect then just looked at Teller A before turning around and walking out the west exit doors without any money.

5.      After the attempted robbery, a second teller (hereafter referred to as "Teller B") was working behind the teller counter area when s/he noticed that Teller A looked scared. When Teller B asked if everything was alright, Teller A began giving a description of the suspect. After Teller B then asked what happened, Teller A said that s/he thinks a guy tried to rob the bank.

6.      At the time of the attempted robbery, the Charter One Bank was equipped with a

-2-

digital surveillance system. A review of the surveillance footage produced multiple good quality images of the suspect inside the bank.

7.     At the time of the March 10, 2008 attempted bank robbery, Charter One Bank was insured by the Federal Deposit Insurance Corporation (FDIC).

## Identification of  FRANCIS EDWARD RUDY

8.     On March 14, 2008 at approximately 3:20 p.m., officers from the Franklin Park Police Department ("FPPD") responded to a domestic disturbance at 10207 West Chestnut Street Apartment 2S, Franklin Park, Illinois. When officers arrived, they determined that the situation was not a domestic matter, but instead, a subject at this address needed an ambulance. This individual was identified by officers as FRANCIS EDWARD RUDY. While officers were speaking with RUDY, they believed RUDY looked similar to the still photographs they had seen of the suspect who attempted to rob the Charter One Bank on March 10, 2008. Because of their suspicion, officers requested that a copy of the FPPD flier containing the pictures of the suspect inside the bank be brought to their location. When the flier arrived, officers believed that RUDY looked like the individual who attempted to rob the bank. Officers also noted that RUDY was wearing the type of black jacket that the suspect wore on March 10, 2008 inside the Charter One Bank.

9.     Based on their belief that RUDY was the suspect who attempted to rob the Charter One Bank, responding officers took RUDY into custody pending further investigation. When they did this, RUDY's 81 year old mother, Virginia Roddel, began to question what the officers were doing. When the officers attempted to explain that RUDY might be the suspect in an attempted bank robbery, Roddel asked how the officers would know this. Officers then

-3-

showed Roddel a copy of the bank surveillance photographs. After viewing the photographs, Roddel identified her son as being the suspect pictured inside the Charter One Bank on March 10, 2008.

10.    A review of Illinois Secretary of State ("SOS") records revealed that FRANCIS RUDY, born September 14, 1949, Illinois Drivers License Number, R300-2454-9262, is a male white, aged 58, standing at 6'0" tall, weighing 220 pounds. My comparison of the bank's surveillance video depicting the robber inside the bank to RUDY's SOS photograph revealed that RUDY appears to be the bank robber.

11.    On March 14, 2008, RUDY was interviewed at the Franklin Park Police Department. After waiving his Miranda rights, RUDY was shown four surveillance photographs that depicted the suspect who attempted to rob the Charter One Bank on March 10, 2008. After seeing the photographs, RUDY immediately said that the suspect in the photographs was him. RUDY then admitted that he walked into the Charter One Bank and told the teller he wanted $500.00. When the teller said s/he did not have any money, RUDY told the teller, "I want to rob this bank." RUDY said he was surprised that the teller did not give him any money. RUDY said he only wanted $500.00, however he would have taken more money if the teller had given it to him.

## CONCLUSION

12.    Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that, on or about March 10, 2008, defendant FRANCIS EDWARD RUDY attempted by intimidation to take from the person and the presence of others, money belonging to and in the care, custody, control, management, and possession, of the Charter One Bank, 10035

-4-

West Grand Avenue, Franklin Park, Illinois, the deposits of which were then insured by the

Federal Deposit Corporation (FDIC), in violation of Title 18, United States Code, Section

2113(a).

FURTHER, AFFIANT SAYETH NOT.

Special Agent Larry L. Lapp
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence
this 17th day of March, 2008

Arlander Keys
United States Magistrate Judge

-5-