# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 219 | **DATE** | 3/17/2008 |
| **CASE TITLE** | USA vs. Francis Edward Rudy | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 3/17/08. The defendant is informed of his rights. Enter order appointing Susan Pavlow as counsel for defendant. Detention hearing held. The Defendant is ordered released. Preliminary examination set for 3/31/08 at 9:30 a.m.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | AC |
|---|---|---|

Case 1:08-cr-00219    Document 2    Filed 03/17/2008    Page 1 of 1

08CR219 USA vs. Francis Edward Rudy                                                                 Page 1 of 1