# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF: U.S. V.S. Francis Edward Rudy

FOR AT: [FILED MAR 17 2008 MAGISTRATE JUDGE ARLANDER KEYS UNITED STATES DISTRICT COURT  3-17-08]

PERSON REPRESENTED (Show your full name): Francis Edward Rudy

CHARGE/OFFENSE (describe if applicable & check box →)
- ☑ Felony
- ☐ Misdemeanor

1 ☑ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 08CR219
Court of Appeals:

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☐ No — separated
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

*OTHER INCOME*
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $5000.  SOURCES: Halcon Driving Co.
$260.  unemployment

*CASH*
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☑ No  IF YES, state total amount $ _____

*PROPERTY*
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $3,000.  DESCRIPTION: 1988 Saab — owe $175

**DEPENDENTS**
MARITAL STATUS:
- ☐ SINGLE
- ☑ MARRIED
- ☐ WIDOWED
- ☐ SEPARATED OR DIVORCED

Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Pay |
|---|---|---|---|
| phone, T.V. (w/mother) | | $ | $200.- |
| Visa | | $300.- | $25.- |
| Mastercard | | $300.- | $25.- |
| Car | | $175.- | $54.- |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3-17-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Franc E Rudy