# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 219 | **DATE** | 3/31/2008 |
| **CASE TITLE** | USA vs. Francis Rudy | | |

**DOCKET ENTRY TEXT**

The Defendant waives his right to preliminary Examination. Enter a Finding of Probable Cause. The Defendant is ordered Bound to the District Court for further proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|