

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 219 | DATE | 9/3/2008 |
| CASE TITLE | USA vs. Francis Edward Rudy | | |

**DOCKET ENTRY TEXT**

Government's motion to dismiss complaint without prejudice [7] is granted. Terminate Francis Edward Rudy as a defendant. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

U.S. DISTRICT COURT CLERK 2008 SEP -3 PM 2:03 FILED-ED

| | Courtroom Deputy Initials: | NTF |
|---|---|---|